227 So.2d 592

**NEW AMSTERDAM CASUALTY COMPANY**

v.

**Mr. and Mrs. William REDONDO, General Electric Company and Labiche's, Inc.**

**No. 50106.**

Nov. 10, 1969.

In re: New Amsterdam Casualty Company applying for certiorari or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 225 So.2d 230.

Writ refused. On the facts found by the Court of Appeal the result reached by it is correct.

■

227 So.2d 592

**Michael L. HYATT**

v.

**HARTFORD ACCIDENT AND INDEMNITY COMPANY et al.**

**No. 50110.**

Nov. 10, 1969.

In re: J. W. McNeely and Jewel D. McNeely applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Vernon. 225 So.2d 102.

Writ refused. The judgment is correct.